**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Daniel Lyn BENNETT, Defendant–**
**Appellant.**

No. 09–30346.

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2011.*

Filed March 15, 2011.

Paulette Lynn Stewart, Assistant U.S. Attorney, Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

Wendy Holton, Wendy Holton, Attorney at Law, Helena, MT, for Defendant–Appellant.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Daniel Lyn Bennett appeals from his guilty-plea conviction and 200–month sentence for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 846. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Bennett's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. A supplemental brief and answering brief have been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.